In the Matter of the Accounting of EDWARD W. SULLIVAN, as an Executor of JAMES J. SULLIVAN, Deceased.

JOHN J. CUNNEEN et al., Appellants; MARY C. SULLIVAN, as Administratrix C. T. A. of the Estate of JAMES J. SULLIVAN, Deceased, Respondent.

Argued June 6, 1945; decided July 19, 1945.

*William M. Kilcullen* and *John J. Cunneen* for appellants.
*Samuel L. Greenberg* and *Homer I. Harris* for respondent.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.